# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
2010 FEB 11 P 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

MICHAEL OHAYON

**CR10     0105**   CRB

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1349- Conspiracy to Commit Bank Fraud
18 U.S.C. § 1344- Bank Fraud
18 U.S.C. § 1957-Engaging in Monetary Transactions
in Criminally Derived Property
18 U.S.C. § 2- Aiding and Abetting

---

A true bill.

_Lynda Benjamin_
Foreman

Filed in open court this __11__ day of
_February, 2010_

~~ISSUE SUMMONS~~
Clerk

Bail $

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO



FILED
2010 FEB 11 P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

DAVID PAPERA

# CR10    0105

CRB

DEFENDANT.

## INDICTMENT

18 U.S.C. § 1349- Conspiracy to Commit Bank Fraud
18 U.S.C. § 1344- Bank Fraud
18 U.S.C. § 1957-Engaging in Monetary Transactions
in Criminally Derived Property
18 U.S.C. § 2- Aiding and Abetting

A true bill.

_____Lynda Benjamin_____
Foreman

Filed in open court this __11__ day of
_February, 2010_

_____
Clerk  **Brenda Tolbert**

**ISSUE SUMMONS**

Bail, $

Maria Elena James
United States Chief Magistrate Judge

PER 18 U.S.C. 3170

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

FILED
2010 FEB 11 P 3:57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO.  CR 10  0105  CRB

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Michael Ohayon

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF Northern California  San Francisco  Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☐ U.S. Atty ☐ Other U.S. Agency
Phone No.

☐ Interpreter Required    Dialect: _____

Name of Asst. U.S. Attorney (if assigned): Tracie L. Brown

Birth Date _____    ☐ Male ☐ Female    ☐ Alien (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: _____ County

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1349 (4) | Conspiracy to Commit Bank Fraud | 1 |
| | 18 U.S.C. § 1344 (4) | Bank Fraud | 2-4 |
| | 18 U.S.C. § 1957 (4) | Engaging in Monetary Transactions in Criminally Derived Property | 5-6 |
| | Please see Attachment A for penalties | | |

ATTACHMENT A

CR10 -0105

FILED
2010 FEB 11 P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

Penalty:

| | |
|---|---|
| Count One: | 30 years Imprisonment, $ 1,000,000 Fine, 5 years Supervised Release, $ 100 Special Assessment. |
| Counts Two-Four: | 30 years Imprisonment, $ 1,000,000 Fine, 5 years Supervised Release, $ 100 Special Assessment. |
| Counts Five-Six: | 10 years Imprisonment, $ 250,000 Fine, 3 years Supervised Release, $ 100 Special Assessment. |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☒ INDICTMENT | CASE NO. |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: David Papera<br><br>FILED 2010 FEB 11 P 3:57<br>CRB RICHARD W. WIEKING<br>U.S. DISTRICT COURT<br>N.D. OF CALIFORNIA |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  San Francisco<br>DISTRICT OF Northern California  Divisional Office | Address:<br><br>CR10    0105 |
| Name and Office of Person Furnishing Information on THIS FORM<br>JOSEPH P. RUSSONIELLO<br>☐ U.S. Atty ☐ Other U.S. Agency<br>Phone No.<br>Name of Asst. U.S. Attorney (if assigned)  Tracie L. Brown | ☐ Interpreter Required   Dialect: _____<br><br>Birth Date _____    ☐ Male   ☐ Alien (if applicable)<br>                         ☐ Female |
| PROCEEDING | |
| Name of Complainant Agency, or Person (& Title, if any)<br>Federal Bureau of Investigation | Social Security Number _____ |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | DEFENDANT |
| | Issue: ☐ Warrant  ☒ Summons |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)  SHOW DOCKET NO. | |
| ☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under  MAG. JUDGE CASE NO. | Defense Counsel (if any): _____<br>☐ FPD ☐ CJA ☐ RET'D<br>☐ Appointed on Target Letter |
| Place of offense |     County | |
| | ☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. § 1349 (4) | Conspiracy to Commit Bank Fraud | 1 |
| | 18 U.S.C. § 1344 (4) | Bank Fraud | 2-4 |
| | 18 U.S.C. § 1957 (4) | Engaging in Monetary Transactions in Criminally Derived Property | 5-6 |
| | Please see Attachment A for penalties | | |

## ATTACHMENT A

**CR 10 - 0105**

FILED 2010 FEB 11 P 3: 57 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT CRB

Penalty:

Count One: 30 years Imprisonment, $ 1,000,000 Fine, 5 years Supervised Release, $ 100 Special Assessment.

Counts Two-Four: 30 years Imprisonment, $ 1,000,000 Fine, 5 years Supervised Release, $ 100 Special Assessment.

Counts Five-Six: 10 years Imprisonment, $ 250,000 Fine, 3 years Supervised Release, $ 100 Special Assessment.

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2010 FEB 11  P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10  0105

| UNITED STATES OF AMERICA, | ) No.: |
| --- | --- |
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1957 – Engaging in Monetary Transactions in Criminally Derived Property; 18 U.S.C. § 2 – Aiding and Abetting |
| v. | |
| MICHAEL OHAYON and DAVID PAPERA, | |
| Defendants. | |

INDICTMENT

The Grand Jury charges:

INTRODUCTION

At all times relevant to this Indictment:

1. Michael OHAYON held a salesperson's license from the California Department of Real Estate. David PAPERA was a real estate developer.

2. OHAYON and PAPERA formed a partnership called Sage Creek Ranch LLC ("Sage Creek LLC"), for the purpose of purchasing and developing a large Napa County property known as Sage Creek Ranch. Sage Creek Ranch consisted of sixteen undeveloped, mostly

INDICTMENT

1  contiguous parcels of land.

2    3.  Sage Creek LLC originally purchased thirteen of the Sage Creek Ranch parcels.
3  Shortly after doing so, OHAYON and PAPERA decided they needed to refinance the properties
4  in order to obtain additional funds for construction and development.

5    4.  Rather than obtaining a single commercial loan on behalf of Sage Creek LLC,
6  OHAYON and PAPERA instead recruited "straw buyers," *i.e.,* individuals who would each
7  obtain a residential loan to purchase a parcel from Sage Creek LLC, but who would in reality not
8  make either down payments or mortgage payments on the property. OHAYON, with PAPERA's
9  knowledge, told each straw buyer that Sage Creek LLC would make all down payments and all
10 mortgage payments on each such straw buyer's loan. In this arrangement, nine straw buyers
11 recruited by OHAYON and PAPERA became Sage Creek Ranch property owners on paper only,
12 with no money of their own involved in the "purchase" transactions, and with Sage Creek LLC –
13 the ostensible seller – effectively retaining control of each parcel.

14   5.  In addition to the nine straw buyers who obtained loans for Sage Creek Ranch
15 parcels, OHAYON and PAPERA also arranged for four other straw buyers to obtain loans to
16 purchase – again, on paper only – properties separately owned by PAPERA-controlled entities.

17   6.  To induce the thirteen straw buyers to obtain such residential loans in their names
18 and thereby put their credit at risk, Sage Creek LLC paid the straw buyers between $50,000 and
19 $100,000 each. OHAYON, who was a mortgage broker, told the straw buyers that this type of
20 loan transaction was standard in the real estate industry.

21   7.  Washington Mutual Bank ("Washington Mutual") loaned a total of approximately
22 $19.6 million to the thirteen straw buyers recruited by OHAYON and PAPERA. Washington
23 Mutual was a financial institution within the meaning of 18 U.S.C. § 20, and was insured by the
24 Federal Deposit Insurance Corporation.

25   8.  Sage Creek LLC had accounts at Sequoia National Bank ("Sequoia National").
26 Sequoia National was a financial institution within the meaning of 18 U.S.C. § 20, and was
27 insured by the Federal Deposit Insurance Corporation.

28   9.  California Mortgage and Realty was the lender on a multimillion-dollar home

INDICTMENT            2

1  purchased for the benefit of David PAPERA. California Mortgage and Realty was a financial
2  institution within the meaning of 31 U.S.C. § 5312(a)(2). The wires described in Counts Five
3  and Six, below, were transmitted to California Mortgage and Realty's account with Bank of
4  America, which was a financial institution within the meaning of 18 U.S.C. § 20 and 31 U.S.C.
5  § 5312(a)(2), and which was insured by the Federal Deposit Insurance Corporation.
6       10.    The escrows for all loans were handled by Old Republic Title Company in Napa,
7  California.

## THE SCHEME TO DEFRAUD

11.    OHAYON and PAPERA arranged for the Sonoma, California, branch of Washington Mutual to make individual residential loans to each straw buyer. OHAYON and PAPERA knew that the straw buyers did not have income sufficient to support residential loans in the amounts sought from Washington Mutual. Therefore, as part of their scheme to defraud Washington Mutual, OHAYON, with PAPERA's knowledge, created and submitted to Washington Mutual fraudulent loan applications in the names of the straw buyers, for the purpose of inducing Washington Mutual to make the loans to the straw buyers.

12.    In furtherance of the scheme to defraud, OHAYON and PAPERA submitted the straw buyers' loan applications to Washington Mutual, knowing the loan applications contained numerous misrepresentations, including some or all of the following:

   (a) The straw buyer's income was overstated;
   
   (b) The straw buyer's assets were overstated (including fraudulent account statements purporting to show the overstated assets); and
   
   (c) The straw buyer claimed to be obtaining the loan for purchase of a primary residence, when the straw buyer was not, in fact, planning to live on the property.

13.    In addition, in furtherance of the scheme to defraud, OHAYON and PAPERA did not disclose to Washington Mutual that Sage Creek LLC, and not each straw buyer, would be making the down payments and mortgage payments on the loans.

14.    After each straw buyer loan closed, OHAYON and PAPERA, via Sage Creek LLC, used the fraudulently-obtained loan proceeds for various purposes, including paying the

INDICTMENT                                  3

straw buyers their promised $50,000 to $100,000 payments; purchasing other properties and making other payments for the benefit of PAPERA and OHAYON (such as American Express bills and mortgages on personal homes); and paying separate debts owed by PAPERA (such as personal loans).

COUNT ONE: (18 U.S.C. §§ 1349 - Conspiracy to Commit Bank Fraud)

15. Paragraphs 1 through 14 of this Indictment are realleged as if fully set forth herein.

16. Beginning at a time unknown to the Grand Jury, but no later than in or about December 2003, and continuing through in or about November 2004, in the Northern District of California and elsewhere, the defendants,

MICHAEL OHAYON
and
DAVID PAPERA,

conspired to devise and participate in a scheme and artifice to defraud Washington Mutual, and to obtain money, funds, and credits owned by and under the custody or control of Washington Mutual, by means of materially false and fraudulent pretenses, representations, promises, and omissions, knowing that the pretenses, representations, promises, and omissions were false and fraudulent when made, in violation of Title 18, United States Code, Section 1349.

COUNTS TWO THROUGH FOUR: (18 U.S.C. §§ 1344 and 2 – Bank Fraud; Aiding and Abetting)

17. Paragraphs 1 through 14 of this Indictment are realleged as if fully set forth herein.

18. On or about the dates set forth below, in the Northern District of California and elsewhere, for the purpose of executing the material scheme to defraud Washington Mutual and to obtain monies and funds owned by and under the custody and control Washington Mutual by materially false and fraudulent pretenses, representations, promises, and omissions, the defendants,

MICHAEL OHAYON
and
DAVID PAPERA,

INDICTMENT                                  4

did submit and cause to be submitted fraudulent loan applications in the names of "straw buyers" as follows, and did aid and abet the same:

|  |  |  |
|---|---|---|
| TWO | 7/16/2004 | Loan application in the name of straw buyer M.A., falsely claiming income of $25,000/month |
| THREE | 9/30/2004 | Loan application in the name of straw buyer J.H., falsely claiming income of $46,000/month |
| FOUR | 11/29/2004 | Loan application in the name of straw buyer J.G., falsely claiming income of $48,500/month |

All in violation of Title 18, United States Code, Sections 1344 and 2.

COUNTS FIVE AND SIX: (18 U.S.C. §§ 1957 and 2 - Engaging in Monetary Transactions in Criminally Derived Property; Aiding and Abetting)

19.     Paragraphs 1 through 14 of this Indictment are realleged as if fully set forth herein.

20.     On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants,

MICHAEL OHAYON
and
DAVID PAPERA,

did knowingly engage in monetary transactions, in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, that was derived from specified unlawful activity, namely, bank fraud, as alleged above in Counts Three and Four, in violation of Title 18, United States Code, Section 1344, and did aid and abet the same, as follows:

|  |  |  |
|---|---|---|
| FIVE | 10/18/2004 | $296,802.07 wire from Old Republic Title Company to California Mortgage and Realty, upon close of escrow on loan for straw buyer J.H. |
| SIX | 12/15/04 | $1,251,555.21 wire from Old Republic Title Company to California Mortgage and Realty, upon close of escrow on loan for straw buyer J.G. |

1 | All in violation of Title 18, United States Code, Sections 1957 and 2.

2 | Dated:                                          A TRUE BILL.

3 | February 11, 2010                   *[signature]* Wanda Benjamin
4 |                                                  FOREPERSON

5 | JOSEPH P. RUSSONIELLO
  | United States Attorney
6 |
7 | *[signature]*
  | BRIAN J. STRETCH
8 | Chief, Criminal Division

9 | (Approved as to form: *[signature]* )
  |                       AUSA BROWN

6