STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
MICHAEL OHAYON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL OHAYON, Defendant. | No. CR10-105CRB<br><br>[PROPOSED] **ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Ohayon, while on pretrial release, be allowed to travel for purposes of a family vacation from San Francisco, California to South Lake Tahoe and Reno, Nevada, from April 19 through April 22, 2012.

All other conditions of pretrial release remain the same.

Dated: April 16, 2012

_____
CHIEF MAGISTRATE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

*Ohayon: Request for Modification of Pretrial Release Conditions* 3