STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Papera

FILED
SEP 27 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.

DAVID PAPERA,

    Defendant.

) No. CR-10-0105-CRB (ME?)
)
) STIPULATION AND [PROPOSED]
) ORDER PERMITING MODIFICATION OF
) CONDITIONS OF RELEASE TO PERMIT
) TRAVEL TO CENTRAL DISTRICT OF
) CALIFORNIA
)
)
)
)

    Defendant David Papera, by and through his attorney, Steven F. Gruel, hereby requests that his conditions of release be modified to permit travel to and from the Central District of California on the following dates: September 28, 2012 to September 30, 2012.

    As stated before Judge Breyer at the sentencing hearing, Mr. Papera is involved in a drug treatment program called *The Other Bar* which is conducting a retreat from September 28, 2012 to September 30, 2012. Specifically, the retreat is a three-day intensive recovery workshop to be

*STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION*
*OF CONDITIONS OF RELEASE TO PERMIT TRAVEL*

- 1 -

held wholly on site at the Serra Retreat Center in Malibu (3401 Serra Rd., Malibu, CA 90265. 310.456.631). Mr. Papera will be flying to and from the retreat on Southwest Airlines, leaving from Oakland on September 28, 2012 at 11:40 a.m. and returning on September 30, 2012 at 3:00 p.m.

Further, K.J. Gibson of Pretrial Services has been contacted and does not object to this defense request.

SO STIPULATED:

DATED: 09/26/12        /s/
                        STEVEN F. GRUEL
                        Attorney for David Papera

DATED: 09/26/12
                        /s/
                        TRACIE BROWN
                        Assistant United States Attorney

## [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Papera's pretrial release conditions are modified to allow travel to and from the Central District of California as described in the above stipulation

IT IS SO ORDERED.

DATED: 9-26-12        HONORABLE MARIE ELENA JAMES
                      United States Magistrate Judge

*STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION*
*OF CONDITIONS OF RELEASE TO PERMIT TRAVEL*